"IN THE DISTRICT COURT OF WESTERN DISTRICT OF NORTH CAROLINATHE

RONALD C. WILLIAMS,

11226 Tradition View Drive

Charlotte, NC 28269

Civil Action #3:17cv265

Plaintiff,

v.                                                      COMPLAINT

STATE OF NORTH CAROLINA

NC STATE BOARD OF ELECTIONS,

441 North Harrington Street

Raleigh, NC 27603

Defendants.

1 Plaintiff is a voting citizen and resident of Charlotte, Mecklenburg County, NC.

2 The Election Assistance Commission is an independent agency of the United States government charged with creating and maintaining voluntary election systems and enforcing them by certifying and decertifying them.

3 North Carolina State Board of Elections is an agency of the state of NC charged with administering the election laws of NC.

4 On November 8, 2016, there was a general election for president and vice-president.

## "WINNER-TAKE-ALL" METHOD

5 Elections for president and vice-president are through electors who vote in the Electoral College. The voting process starts with each political party nominating one elector for each Electoral vote each state has. NC has 15 Electoral votes so each party nominates 15 electors. The names of the electors do not appear on the ballot. Rather the names of the candidates do. Since the 1880s, NC and 47 other states have elected their electors by the "winner-take-all" method which means that whichever party wins the state's *popular vote plurality* gets *all* 15 Electoral votes rather than each candidate getting the same percentage of Electoral votes as his or her percentage of the popular vote, the "pro rata" method.

6 On November 8, 2016 there was a general election for president and vice-president. NC and each state held its own separate election. NC is used as an example. These facts and figures grew out of the 2016 NC election. Donald J. Trump "Trump" won 49.83% and Hillary Clinton "Hillary" won 46.17% of NC's *popular* votes. Under the "winner-take-all" method, Trump and his voters took all of the votes cast for Hillary and used them plus his own to exchange for NC's 15 Electoral votes and Hillary and her voters were left with no Electoral votes. Only Electoral votes can be cast for president and that vote occurs in the Electoral College.

7 Here's how the archaic "winner-take-all" method from almost 150 years ago violated and continues to violate the "equal protection of the laws" clause of the 14th Amendment and the "due process" clause of

the 5th and 14th Amendments. In all cases, the voters for the loser are injured as set out below. In states won by Hillary, Trump's voters are injured. That injury is not excused by the fact that the government's unconstitutional methods hurt first the Democrats and then the Republicans *because in both cases it is citizen-voters who are injured.* Because Trump won the popular vote plurality in NC, the government (a) without knowledge, notice, or consent *took* all of the popular votes cast for Hillary, (b) gave them to her opponent, Trump, (c) *against whom each of Hillary's voters had voted,* (d) then Trump exchanged Hillary's votes and his own for all 15 of NC's Electoral votes leaving Hillary and her voters none (e) then allowed Trump to use Hillary's 46.17% *against* her and her voters in the Electoral College by voting all 15 Electoral votes for himself to win the presidency despite the fact that 2.8 million more citizens voted for Hillary than voted for Trump nationally. Hillary won the election. But for the unconstitutional "winner-take-all" and the "vote inequality" below, Hillary would be president today. No government possesses the right to take votes from one citizen-voter and give them to another. And certainly not without "due process".

## VOTE INEQUALITY

8 CA had 39 million population with a 57.8% popular voter turnout in 2016 (numbers are approximate and do not affect the principal) and 55 Electoral votes or 22,542,000 popular votes cast divided by 55 Electoral votes means it took 410,000 popular votes to "exchange" for each CA Electoral vote.

9 WY had a population of 585,000 with a 60% popular voter turnout in 2016 and 3 Electoral votes which means it took only 116,000 WY popular votes to "exchange" for each WY Electoral vote.

10 So 3.53 CA popular votes have a value equal to 1 WY popular vote. Thus CA popular votes have a lower value and WY popular votes have a higher value. By a factor of 3.53! This process violates the "equal protection of the Laws" clause of the 14th amendment and has existed and still exists across the USA despite the fact that nowhere does the Constitution grant any government the authority to devise or operate a system resulting in votes having various values.

## REMEDY

11 The present electoral system (winner-take-all & vote inequality) cannot be tweaked or adjusted to meet the 14th Amendment's "equal protection of the laws" mandate or the 14th and 5th Amendments' "due process" mandate.

12 There is one method that will avoid the Constitutional problems posed by "winner-take-all" and by "vote inequality" without violating any other part of the Constitution. It's the "pro rata" method (a) of valuing all votes across the USA the same, (b) by fashioning and operating an election system with an "exchange" for Electoral votes that values every Electoral vote equally -- the "pro rata" method, and (c) by not hijacking votes cast for Hillary and giving them to Trump and to add insult to injury without due process. And vice versa in states won by Hillary.

13 The Constitution does not prohibit the fractionalizing of Electoral votes in order to comply with the 14th Amendment's "equal protection of the laws" mandate and the 14th and 5th Amendment's "due process" mandate. Under the "pro rata" method, each candidate receives the same percentage of Electoral votes as the percentage each candidate received of the popular votes in each state. Hillary got 46.17% of the NC's popular vote and should have been given her 46.17% of NC's 15 Electoral votes or 6.926 Electoral votes, all to be used by her in the Electoral College. Trump got 49.83% of the NC's popular

vote and should have received 49.83% of NC's 15 Electoral votes or 7.475 Electoral votes all to be used by him in the Electoral College.

## CUMULATIVE EFFECT

14 In the 2016 election, 2.8 million more citizens voted for Hillary than voted for Trump but "winner-take-all" and "vote inequality" gave 202 Electoral votes to Hillary and 336 and the presidency to loser Trump. Using the "pro rata" method would have awarded the election to Hillary and means that never again will we elect a loser president; never again will the government take votes cast for one candidate and give them to the other, especially without due process; the government lacks the Constitutional authority to take votes, but it has been doing so for almost 150 years. It should be stopped and the damage done should be repaired to the extent possible.

## PRAYER FOR RELIEF

Wherefore plaintiff prays the Court

Declare that the "vote inequality" method which ends up making some votes worth as much as 3.53 times others notes is unconstitutional as a violation of "equal protection of the laws".

Declare the "winner-take-all" method of taking votes cast for the popular vote loser in each state and giving them to the popular vote plurality winner in that state; etc., is unconstitutional as a violation of the "equal protection of the laws" clause of the 14th Amendment and of the "due process" clause of the 14th and 5th Amendments.

Declare that the "pro rata" method is constitutional.

Declare that the results of the 2016 presidential and vice-presidential election are null and void ab initio. Declare that Hillary Clinton is the Constitutional winner and President.

Order that the North Carolina State Board of Elections re-count the 2016 votes for election of president and vice-president using the "pro rata" method and to use that method in the future.

Ronald C. Williams, pro se
Attorney at law, retired
11226 Tradition View Drive
Charlotte, NC 28269-1416
704-412-2432
roncwms@aol.com