IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-265-MOC-DCK

| | |
|---|---|
| RONALD CALVIN WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| STATE OF NORTH CAROLINA; NC STATE ) | |
| BOARD OF ELECTIONS; NORTH CAROLINA ) | |
| DEPARTMENT OF SECRETARY OF STATE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Withdrawal Of Certain Items" (Document No. 31) filed September 21, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will allow the *pro se* Plaintiff to withdraw his "vote inequality claim."

**IT IS, THEREFORE, ORDERED** "Plaintiff's Withdrawal Of Certain Items" (Document No. 31) is **GRANTED**.

**SO ORDERED.**

Signed: September 21, 2017

David C. Keesler
United States Magistrate Judge