# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Ronald Calvin Williams**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00265-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| State of North Carolina<br>NC State Board of Elections<br>North Carolina Department of<br>Secretary of State**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court on Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 31, 2017 Order.

October 31, 2017

_____
Frank G. Johns, Clerk
United States District Court